1 | BRIAN A. LEBRECHT (CA Bar No: 179556)
**CLYDE SNOW & SESSIONS**
2 | 4695 MacArthur Ct. 11th Floor
Newport Beach, CA 92660
3 | Telephone: (424) 672-4815
Fax: (424) 672-4816
4 | Email: bal@clydesnow.com

5 | *Attorneys for Defendants*
*Cafe Rio, Inc., and*
6 | *River Park Properties III*

FILED

MAR 2 1 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT, | CASE NO. 1:17-cv-00125-LJO-EPG |
| Plaintiff, | Honorable Lawrence J. O'Neill |
| v. | |
| CAFE RIO, INC., dba CAFE RIO MEXICAN GRILL; RIVER PARK PROPERTIES, III, A CALIFORNIA LIMITED PARTNERSHIP; | **SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| Defendants. | and **TO CONTINUE SCHEDULING CONFERENCE; ~~PROPOSED~~ ORDER** |
| | **[Local Rule 144(b)]** |

Plaintiff RACHEL BRYANT ("Plaintiff") and Defendants CAFE RIO, INC. and RIVER PARK PROPERTIES, III ("Defendants"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(b), hereby stipulate as follows:

1. Defendants' time to answer or otherwise respond to Plaintiff's complaint be extended to May 5, 2017 pending Court approval.

2. The scheduling conference currently set for April 27, 2017 at 11:30 a.m. be continued to May 24, 2017 at 9:30 a.m.

3. This extension of time is Defendants' second extension to respond to the Complaint, and the parties' first request to continue the Scheduling Conference. Good cause

1  exists to grant the parties' stipulation because the parties are engaged in meaningful settlement
2  negotiations, and wish to allow Defendants time to retain a Certified Access Specialist to assist
3  them in reviewing Plaintiff's claims and further evaluate settlement.  The parties wish to fully
4  explore and exhaust all settlement efforts prior to expending Court resources and incurring
5  additional attorneys' fees and costs, and are cautiously optimistic that this extension will facilitate
6  a settlement.

**IT IS SO STIPULATED.**

Dated:  March 20, 2017                            MISSION LAW FIRM, A.P.C.


/s/ Zachary Best
Zachary Best, Attorney for Plaintiff
Rachel Bryant


Dated:  March 20, 2017                            CLYDE SNOW & SESSIONS, P.C.


/s/. Brian A. Lebrecht
Brian A. Lebrecht, Attorney for Defendants Cafe
Rio, Inc. and River Park Properties III

# ORDER

The Parties having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants may have to and including May 5, 2017 within which to respond to Plaintiff's Complaint.

**IT IS FURTHER ORDERED** that the Scheduling Conference currently set for April 27, 2017 is continued to May 24, 2017 at 9:30 a.m., in courtroom 10 before Magistrate Judge Erica P. Grosjean. The Parties are to file their Joint Scheduling Report no more than seven days prior to the Scheduling Conference.

Dated: 3/21/17

ERICA P. GROSJEAN
United States Magistrate Judge

Rachel Bryant v. Cafe Rio, Inc., et al.
Stipulation for Extension of Time and to Continue Scheduling Conference; [Proposed] Order
3