| | |
|---|---|
| 1<br>2<br>3<br>4 | BRIAN A. LEBRECHT (CA Bar No: 179556)<br>**CLYDE SNOW & SESSIONS**<br>4695 MacArthur Ct. 11th Floor<br>Newport Beach, CA 92660<br>Telephone: (424) 672-4815<br>Fax: (424) 672-4816<br>Email: bal@clydesnow.com |
| 5<br>6 | *Attorneys for Defendants*<br>*Cafe Rio, Inc., and*<br>*River Park Properties III* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>        Plaintiff,<br><br>    v.<br><br>CAFE RIO, INC., dba CAFE RIO MEXICAN GRILL; RIVER PARK PROPERTIES, III, A CALIFORNIA LIMITED PARTNERSHIP;<br><br>        Defendants. | CASE NO. 1:17-cv-00125-LJO-EPG<br><br>Honorable Lawrence J. O'Neill<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br>**and**<br>**TO CONTINUE SCHEDULING CONFERENCE;**<br>**ORDER**<br><br>**[Local Rule 144(b)]** |

Plaintiff RACHEL BRYANT ("Plaintiff") and Defendants CAFE RIO, INC. and RIVER PARK PROPERTIES, III ("Defendants"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(b), hereby stipulate as follows:

1. Defendants' time to answer or otherwise respond to Plaintiff's complaint be extended to June 5, 2017 pending Court approval.

2. The scheduling conference currently set for May 24, 2017 at 9:30 a.m. be continued to June 26, 2017 at 9:30 a.m.

3. This extension of time is Defendants' third extension to respond to the Complaint, and the parties' second request to continue the Scheduling Conference. Good cause exists to

Rachel Bryant v. Cafe Rio, Inc., et al.
Stipulation for Extension of Time and to Continue Scheduling Conference; Order
1

grant the parties' stipulation because the parties continue to engage in meaningful settlement negotiations, and wish to allow the parties to fully explore and exhaust all settlement efforts prior to expending Court resources and incurring additional attorneys' fees and costs, and are cautiously optimistic that this extension will facilitate a settlement.

**IT IS SO STIPULATED.**

Dated:  May 4, 2017                    MISSION LAW FIRM, A.P.C.

/s/ Zachary Best_____
Zachary Best, Attorney for Plaintiff
Rachel Bryant

Dated:  May 4, 2017                    CLYDE SNOW & SESSIONS, P.C.

/s/. Brian A. Lebrecht
Brian A. Lebrecht, Attorney for Defendants Cafe Rio, Inc. and River Park Properties III

**ORDER**

The Parties having so stipulated, and good cause appearing, IT IS HEREBY ORDERED that Defendants may have to and including June 5, 2017 within which to respond to Plaintiff's Complaint. IT IS FURTHER ORDERED that the Scheduling Conference currently set for May 24, 2017 is continued to **July 25, 2017 at 10:00 a.m.**, in Courtroom 10 before Magistrate Judge Erica P. Grosjean. The Parties are to file their Joint Scheduling Report no more than seven days prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated: __**May 8, 2017**__              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

Rachel Bryant v. Cafe Rio, Inc., et al.
Stipulation for Extension of Time and to Continue Scheduling Conference; Order
3