BRIAN A. LEBRECHT (CA Bar No: 179556)
**CLYDE SNOW & SESSIONS**
4695 MacArthur Ct. 11th Floor
Newport Beach, CA 92660
Telephone: (424) 672-4815
Fax: (424) 672-4816
Email: bal@clydesnow.com

*Attorneys for Defendants
Cafe Rio, Inc., and
River Park Properties III*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>CAFE RIO, INC., dba CAFE RIO MEXICAN GRILL; RIVER PARK PROPERTIES, III, A CALIFORNIA LIMITED PARTNERSHIP;<br><br>Defendants. | CASE NO. 1:17-cv-00125-LJO-EPG<br><br>Honorable Lawrence J. O'Neill<br><br>**FOURTH STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br>**ORDER**<br><br>**[Local Rule 144(b)]** |

Plaintiff RACHEL BRYANT ("Plaintiff") and Defendants CAFE RIO, INC. and RIVER PARK PROPERTIES, III ("Defendants"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(b), hereby stipulate as follows:

1. Defendants' time to answer or otherwise respond to Plaintiff's complaint be extended to July 5, 2017 pending Court approval.

2. This extension of time is Defendants' fourth extension to respond to the Complaint. Good cause exists to grant the parties' stipulation because the parties continue to engage in meaningful settlement negotiations, and wish to fully explore and exhaust all settlement efforts prior to expending Court resources and incurring additional attorneys' fees and costs, and

1

are cautiously optimistic that this extension will facilitate a settlement.

3. This extension will not affect the Mandatory Scheduling Conference set for July 25, 2017.

**IT IS SO STIPULATED.**

Dated:  June 2, 2017                              MISSION LAW FIRM, A.P.C.


                                                  /s/ Zachary Best_____
                                                  Zachary Best, Attorney for Plaintiff
                                                  Rachel Bryant


Dated:  June 2, 2017                              CLYDE SNOW & SESSIONS, P.C.


                                                  /s/ Brian A. Lebrecht
                                                  Brian A. Lebrecht, Attorney for Defendants Cafe
                                                  Rio, Inc. and River Park Properties III

**ORDER**

The Parties having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants may have to and including July 5, 2017 within which to respond to Plaintiff's Complaint.

Absent extraordinary circumstances, additional requests for extensions of time to file a responsive pleading are unlikely to be granted.

IT IS SO ORDERED.

Dated: **June 5, 2017**  /s/ Eric P. Groj
UNITED STATES MAGISTRATE JUDGE